**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____Jayson    Derrano_____

_____

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2016 OCT 13 P 2: 57

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Camden  County
Correctional Facility

_____

_____

_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: [✓] Yes  [ ] No

(check one)

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number.  Do the same for any additional  plaintiffs named.  Attach
additional sheets of paper as necessary.

| Plaintiff | Name | Jayson  Derrano |
|---|---|---|
| | Street Address | 3178 Merriel Ave. |
| | County, City | Camden |
| | State & Zip Code | New Jersey  08105 |
| | Telephone Number | (856) 209-8657 |

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Camden County Correctional facility_

Street Address _330 Federal Street_

County, City _Camden_,

State & Zip Code _N.J. 08104_

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case  involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal Questions          [ ] Diversity of Citizenship

[X] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at

issue? _____ N/A _____

_____

_____

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ___Legal Citizen___

Defendant(s) state(s) of citizenship ___Legal Citizen___

**III.  Statement of Claim:**

State as briefly as possible the _facts_ of your case. Describe how _each_ of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? ___In the Camden County Jail___

B.  What date and approximate time did the events giving rise to your claim(s) occur? ___Approximate timing was between June, 2009 to April of 2012.___

C.  Facts: ___Under factual basis, the time that I spent in the Camden County Correctional Facility was one of the worst possible. I was in the County Jail for 38 months straight, and ran into many tribulations that were uncalled for, including sleeping on the floor with a 2-inch mat housed with 4 inmates at a time. It was very un-healthy, as well as unsanitary. I was released from prison September of 2014, and since then been working on a civil suit due to "wrongful incarceration". All charges were dismissed after my release and feel, as though there should be some compensation due to the pain & suffering of all time spent in custody.___

What happened to you?

Who did what?

Was anyone else involved?

/ho else
1w what
1ppened?

IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Injuries to my lower back have been sustained since and still till this day I have issues with my back. I have recieved medical treatment in jail for my back, they put me on medicines such as, "Naprocen," and few other medications, that can't recall at the moment, but are definetly on the medical records for the time I've spent incarcerated.

V.   Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. What I would like for the courts to do, is to please take this into consideration and help me at the, current moment with any type of compensation due to my pain and, suffering physically, mentally, and emotionally. If so, I would accept anything over $2,000 for all my back issues due to sleeping on this cement floor knowing there are only to be 2 inmates housed in a cell, instead of 3 or 4. Thank you

- 4 -

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __5th__ day of ___October___, 20 _16_.

Signature of Plaintiff _____

Mailing Address _____3178 Merriel Ave._____

_____Camden, NJ 08105_____

Telephone Number __(856)- 209 - 8657__

Fax Number *(if you have one)* _____

E-mail Address __Jaysonserrano9402@gmail.com__

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____